**SCANNED** **MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 08-1743

UNITED STATES

Appellee

v.

DURRELL CURRY

Defendant - Appellant

---

**JUDGMENT**
Entered: January 26, 2009
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

... and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/26/09

By the Court:
/s/ Richard Cushing Donovan, Clerk

[cc: Durrell Curry, Michael Conley, Margaret McGaughey, Robert Andrews]

Scanned by: Thurs
Folder Location: 2:07cr100
File Name: 2:07cr100
Names of Attachments, if any